**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joel Guerrero, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GoPuff, GoBrands, Inc., Yakir Gola, Rafael Ilishayev, and GB Logistics, LLC, <br><br> Defendants. | No. 1:24-cv-06727 (JHR) <br><br> Hon. Jennifer H. Rearden <br><br> **NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS THE COMPLAINT** |

   **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Jason D. Burns, Esq., the Declaration of Jordan Holtzman-Conston, and the exhibit annexed thereto, and upon the accompanying Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and Dismiss the Complaint, Defendants, by and through their attorneys, Greenberg Traurig, LLP, will move this Court, before the Hon. Jennifer H. Rearden, at the United Sates District Court, Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and Rule 12(b)(3) of the Federal Rules of Civil Procedure compelling individual arbitration of all claims alleged in the Complaint and dismissing the action, and granting such other and further relief as this Court may deem just and proper.

                         **GREENBERG TRAURIG, LLP**

                         By /s/ Jason D. Burns

                              Jason D. Burns
                              One Vanderbilt Avenue
                              New York, NY 10017
                              (212) 801-9200
                              jason.burns@gtlaw.com

ACTIVE 703446700v1

2

*Attorneys for Defendants*

ACTIVE 703446700v1