UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Joel Guerrero, Omar Jerome, Jose Diaz, Mike Moise, Muhammed Sesay, and Junior Janvier, on behalf of themselves and others similarly situated,, | § § § § § § | Civil Action No.1:24-cv-6727 |
| *Plaintiffs*, | § § § | |
| v. | § § | |
| GoPuff, Gobrands, Inc.,Gola Yakir, Rafael Ilishayev, and GB Logistics LLC, | § § § § | |
| *Defendants*. | § | |

DECLARATION OF MIKE MOISE

1. My name is Mike Moise.

2. I am over the age of eighteen and fully competent and capable of making this declaration.

3. I was employed by Defendants GoPuff, Gobrands, Inc., and GB Logistics LLC.

4. My job was a delivery driver for GoPuff.

5. I signed up to be a delivery driver through the GoDrive App.

6. I was given two GoPuff bags to use for deliveries, and GoPuff strongly encourages I use them on deliveries to promote the store.

7. When delivering for GoPuff, I cannot use any other delivery apps, cannot make any other delivers, or work any other jobs.

8. GoPuff has software that prevents its drivers from delivering on other apps while working for GoPuff.

9. I do not get to pick what customers I deliver to, I only accept deliveries as they are posted to the app.

1

10.    If I decide not to take a delivery, or decide after accepting that I cannot complete the delivery, Defendants will take on the obligation of finding a new delivery driver.

11.    If a customer did not pay for any items, I still get paid for the delivery if I am directed to make the delivery.

12.    Customers are customers of GoPuff and do not even know my name; they are not my customers.

13.    I do not choose what items to deliver in a particular order, that information is mandated.

14.    If there is any issue with a delivery, such as a bad address, I have to communicate through the app with GoPuff, I do not communicate with the customer directly.

15.    I do not retain any information or files from customers.

16.    Customers cannot choose me, in particular, to deliver their items.

17.    Before delivering items for GoPuff, all delivery drivers, myself included, must wait in rooms with other drivers while our delivery is packaged.

18.    If a delivery is cancelled, I have to wait for another one to be given to me.

19.    To get a delivery order, I and all drivers must be within close proximity to the store, sometimes within the store, other times as far away as 30 feet.

20.    Regardless, Defendants will not offer me an opportunity to complete a delivery unless I am within a few yards of the store.  I cannot schedule a delivery in the future.

21.    Defendants require deliveries be attempted within a short period of time, approximately ten minutes.

22.    Many of my coworkers are undocumented or do not speak English.

23.    Defendants allow a practice of 'account sharing.'  Account sharing, essentially,

2

allows multiple people, usually undocumented workers, to deliver items for Defendants on one account that is legitimately created.

24.     This is a means to exploit workers and Defendants are, I believe, aware of this phenomenon.

25.     I do not run my own business.  I was employed by Defendants but I had to pay the employer side of taxes on all the income I earned.

26.     Without Defendants or Defendants' driver app, I would have had no way to perform work or deliver any of Defendants' products.

27.     Without delivery drivers, Defendants could not deliver any of their items.

28.     Through Defendants' app, I cannot deliver anything but Defendants' products.

29.     Defendants bear all consequences from the delivery and packaging of items.

30.     I do not get to negotiate my pay with Defendants.

31.     I was not told to read the paperwork submitted under my name at 27-3.  At the end of the document, it has a timestamp suggesting that it took me approximately 3 minutes to read and sign the documents.

32.     I was not told to consult an attorney, nor was it recommended.

33.     I could not have read the documents in that short amount of time.

34.     I have never met Rafael Illishayev.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2025.

Mike Moise

_____

Mike Moise

3

**Signature:** _Mike Moise_
Mike Moise (Jan 16, 2025 19:02 EST)

**Email:**  mikework620@gmail.com