UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL GUERRERO et al.,

                Plaintiffs,

-v.-

GOPUFF et al.,

                Defendants.

24 Civ. 6727 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Plaintiffs filed the Complaint in this action on September 4, 2024. *See* ECF No. 1. On October 28, 2024, Defendants moved to compel arbitration and dismiss the complaint. *See* ECF No. 13. On November 19, 2024, Plaintiffs filed a First Amended Complaint. *See* ECF No. 19. On December 16, 2024, Defendants moved to compel arbitration and dismiss the First Amended Complaint. *See* ECF No. 23.

    In light of the foregoing, Defendants' earlier-filed motion to compel arbitration and dismiss the complaint, ECF No. 13, is hereby DENIED as moot.

    The Clerk of Court is directed to terminate ECF No. 13.

    SO ORDERED.

Dated: February 4, 2025
       New York, New York

                                        JENNIFER H. REARDEN
                                        United States District Judge